ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of --                                    )
                                                )
Emerald Town Construction Group                 )    ASBCA No. 60318
                                                )
Under Contract No. W91B4N-15-C-8025    )

APPEARANCE FOR THE APPELLANT:          Mr. Rahimullah Rahim
                                       CEO

APPEARANCES FOR THE GOVERNMENT:        Raymond M. Saunders, Esq.
                                         Army Chief Trial Attorney
                                       MAJ Raymond R. Adams, JA
                                         Trial Attorney

ORDER OF DISMISSAL

The government has moved to dismiss this appeal for lack of jurisdiction, alleging that appellant's termination settlement proposal has not ripened into a claim. Appellant has indicated that it does not oppose the government's motion.

Accordingly, this appeal is dismissed without prejudice.

Dated: 2 February 2016

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60318, Appeal of Emerald Town Construction Group, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals